# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV NO. 05-00479SPK-LEK AND CV NO. 05-00496SPK-LEK
　　　　　　　　　(CONSOLIDATED CASE)

CASE NAME: EEOC Vs. Lockheed, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: Leslie E. Kobayashi　　　REPORTER:

DATE: 06/30/2006　　　TIME:

---

COURT ACTION: **EO: COURT ORDER:**

　　Pursuant to LR 37.1, the parties submitted their letter briefs on June 29, 2006 regarding two issues: first, whether Defendant Lockheed Martin ("Defendant") should be compelled to produce four documents identified on its privilege log, and second, whether Defendant should be compelled to produce personnel files for Vonnie Rudolph Hamilton and Jacquie Jones-Mounts, and for those witnesses identified as alleged harassers, supervisors and managers of Plaintiff-Interveor Charles Daniels.

　　As to the four documents listed on Defendants' privilege log, the Court will review these documents in camera.  Defendant shall deliver copies of these documents by no later than **July 5, 2006** to the Court's chambers.

　　The Court will hold a discovery conference on **July 7, 2006 at 3:00 p.m.**  At that time, rulings will be made on the discovery issues raised in the parties' June 29, 2006 letter briefs.

　　As to the production of personnel files, the Court is inclined to order production of documents related to training as to investigations of discrimination and harassment, and reports against the employee for harassment, discrimination, retaliation, racism, including the results of any investigation as a result of such reports, involving incidents which allegedly occurred prior

```
to December 31, 2000.  The Court is inclined to find these
documents to be relevant to the claims and defenses.  The Court
is not inclined to imposed a time limitation as to the production
of documents related to training as to investigations.

     Further, the Court is inclined to predicate production of
documents from personnel files upon the issuance of a protective
order and to find good cause for such an order to issue.  The
parties should be prepared to discuss the Court's inclination at
the discovery conference.
```

Submitte by Leslie L. Sai, Courtroom Manager