IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIVIL NO. 05-00479 SPK-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LOCKHEED MARTIN, ETC., | ) ) | |
| Defendant. | ) ) | |
| CHARLES DANIELS, | ) ) | CIVIL NO. 05-00496 SPK-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LOCKHEED MARTIN, ETC., | ) ) | |
| Defendant. | ) ) | |

**FINDING AND RECOMMENDATION REGARDING PLAINTIFF'S AND PLAINTIFF-INTERVENOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Before this Court, pursuant to a designation by Senior United States District Judge Samuel P. King, is Plaintiff Equal Employment Opportunity Commission's and Plaintiff-Intervenor Charles Daniels' (collectively "Plaintiffs") Motion for Partial Summary Judgment ("Motion"), filed August 7, 2006.  Based on this Court's prior discovery rulings and principles of case management, this Court FINDS AND RECOMMENDS that Plaintiffs' Motion be DENIED WITHOUT PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAI`I, November 8, 2006.



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**EEOC V. LOCKHEED MARTIN, ETC; CIVIL NO. 05-00479 SPK-LEK; CHARLES DANIELS V. LOCKHEED MARTIN, ETC; CIVIL NO. 05-00496 SPK-LEK; FINDING AND RECOMMENDATION REGARDING PLAINTIFF'S AND PLAINTIFF-INTERVENOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT**