IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) CIV. NO. 05-00479SPK/LEK<br>) CIV. NO. 05-00496SPK/LEK<br>) (Consolidated Cases) |
| Plaintiff, | ) |
| and | ) |
| CHARLES DANIELS, | ) |
| Intervenor, | ) |
| vs. | ) |
| LOCKHEED MARTIN, dba<br>LOCKHEED MARTIN LOGISTICS<br>MANAGEMENT, INC., | ) |
| Defendant. | ) |
| _____ | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

A Finding and Recommendation having been filed and served on all parties on November 8, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation  Regarding Plaintiff's and Plaintiff-Intervenor's Motion for

Partial Summary Judgment," is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 28, 2006.



_____
Samuel P. King
Senior United States District Judge

cc: all parties of record

---------------------------------------------------------------
CIVIL 05-00479SPK-LEK Equal Employment Opportunity Commission vs. Lockheed Martin, etc.
CIVIL 05-00496SPK-LEK Charles Daniels vs. Lockheed Martin, etc. ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION